**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

In re:                                                                                    **Chapter 7**

Eunjoo Jang aka Eun Joo Jang, and                          **Case No: 8-19-72773-LAS**
Jongdo Won aka Jong Do Won,

                                                    Debtors,

------------------------------------------------------------------ x

**ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Upon the motion, dated April 17, 2019 (the "Motion"), of Sunkyung Choi (the "Creditor"), for an order, pursuant to Section 362(d) of Title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by Section 362(a) of the Bankruptcy Code as to allow the Creditor to proceed in an action pending in the United States District Court for the Eastern District of New York, Index No. 17-cv-07295, titled Choi v. Jkawon, Inc., et al. (the "District Court Action"); and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on May 9, 2019; and upon due consideration of all papers and argument made by the parties; and upon all of the proceedings had before the Court; and the Court having found cause to lift the automatic stay pursuant to the factors set forth in *In re Sonnax Indus., Inc.*, 907 F.2d 1280 (2d Cir. 1990); and after due deliberation and sufficient cause appearing, it is hereby,

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d)(1) of the Bankruptcy Code as to permit the District Court Action to proceed against the Debtors; and it is further

ORDERED that the enforcement of any judgment obtained in the District Court Action remains stayed pursuant to Section 362(a) of the Bankruptcy Code.



**Dated: May 29, 2019**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**