| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Eunjoo Jang** | Social Security number or ITIN **xxx–xx–7158** |
| First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 **Jongdo Won** (Spouse, if filing) | Social Security number or ITIN **xxx–xx–8403** |
| First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | Date case filed for chapter **7  4/16/19** |
| Case number: **8–19–72773–las** | |

# NOTICE OF NO CERTIFICATE OF DEBTOR EDUCATION OR OFFICIAL FORM 423 CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) has not filed a Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 423 is filed by July 22, 2019, this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: July 7, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 02/01/17]